UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUDDY STRUCKMAN, | : | Case No. 1:17-cv-828 |
|    Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| THE VILLAGE OF LOCKLAND POLICE, *et al.*, | : | |
|    Defendants. | : | |

## DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25) and TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United State Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on September 27, 2018, submitted a Report and Recommendation. (Doc. 25). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 25) is **ADOPTED**;

2. Defendants' motion for judgment on the pleadings (Doc. 17) is **GRANTED**; and

3. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 11/20/18

*Timothy S. Black*
Timothy S. Black
United States District Judge